IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOYCE JONAS,

    Plaintiff,

vs.                                                                No. CIV 09-0091 JB/WPL

BOARD OF COMMISSIONERS OF LUNA COUNTY,
LUNA COUNTY SHERIFF'S OFFICE,
DEPUTY SHERIFF DONNIE DANIELS,
and DEPUTY SHERIFF DON HOOLAN,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the County Defendants' Motion in Limine No. IV: Exclusion of the Photographs Taken of 2530 Skyview After the Incident, filed February 25, 2010 (Doc. 58). The Court held a hearing on March 5, 2010. The primary issue is whether the Court should exclude, pre-trial, photographs of the residence at which the event occurred, taken after the events occurred. Plaintiff Joyce Jonas did not file a response to this motion and, at the hearing on the motion, Jonas' counsel consented to the Court granting this motion. See Transcript of Hearing at 22:13-19 (taken February 25, 2010)(Court, Mozes)("THE COURT: . . . I take it that I'm to grant that one Mr. Mozes? MR. MOZES: Yeah.");[1] D.N.M. LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."). The Court will thus grant the motion.

**IT IS ORDERED** that the County Defendants' Motion in Limine No. IV: Exclusion of the

---

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

Photographs Taken of 2530 Skyview After the Incident is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Michael E. Mozes
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Erika E. Anderson
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendants*